UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of all Others Similarly Situated,<br><br>                              Plaintiff<br><br>- against -<br><br>CHELSEA 8TH AVE, LLC and 228 FRESH FOOD MANAGEMENT LLC<br><br>                              Defendants | 18cv3279 (JFB)(AKT) |

**STIPULATION DISCONTINUING ACTION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to any party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

DATED:      October 25, 2018

LAW FIRM OF JAMES E. BAHAMONDE, P.C.

By: _____𝒥-𝐵_____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
james@civilrightsNY.com

Attorney for Plaintiff

Approved.  The Clerk of Court is directed to close this case.
 So ordered:  10/26/18

_____
J. PAUL OETKEN
United States District Judge